STATE OF NEW JERSEY IN THE INTEREST OF D. S.

June 15, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. GARY JACKSON.

June 15, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. LARRY MANGUM.

June 15, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL HENDERSON.

June 15, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. STAFFORD COWART.

June 15, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ULYSSES BERRY.

June 15, 1976. Petition for certification denied.